IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNEILUS ALLISON, on behalf of himself and all others similarly situated, | : : : | CIVIL ACTION |
| v. | : : | |
| AETNA, INC. | : | No. 09-2560 |

## ORDER

AND NOW, this 3rd day of March 2010, upon consideration of the Motion for Admission *Pro Hac Vice* of Michael T. Fantini, (Doc #26) IT IS ORDERED that the Motion is GRANTED and Michael T. Fantini is admitted *pro hac vice* for the purpose of representing Corneilus Allison in this matter.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J